**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TROY BENAVIDEZ, as Personal
Representative of the Estate of Rick
Benavidez, Deceased,

     Plaintiff,

v.                                                                    Case No.  1:25-cv-01147-DHU-KRS

UNITED STATES OF AMERICA;
CORECIVIC, INC.; JOHN DOES 1-5, in
their individual capacities;
MANAGEMENT AND TRAINING
CORP.; and JOHN DOES, 5-10, in their
individual capacities,

     Defendants.

**ORDER GRANTING DEFENDANT MANAGEMENT AND TRAINING**
**CORPORATION LEAVE TO FILE AMENDED ANSWER**

THIS MATTER coming before the Court upon Defendant Management & Training Corporation's ("MTC") Unopposed Motion for Leave to file Amended Answer (the "Motion"), (Doc. 14), and the Court having read the Motion and being fully advised by **GRANTS** the Motion.

IT IS THEREFORE ORDERED that MTC's Unopposed Motion for Leave to File its Amended Answer, (Doc. 14), is **GRANTED**.  MTC shall file the Amended Answer attached to the Motion within ten days of the entry of this Order.

IT IS SO ORDERED this 6th day of March, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SUTIN, THAYER & BROWNE

By:*/s/ Christina M. Gooch*
Christina M. Gooch
Rebekah S. Taylor

1

P.O. Box 1945
Albuquerque, NM 87103
Tel: 505-883-2500
tmg@sutinfirm.com
rst@sutinfirm.com

*Attorneys for Defendant MTC*

**Approved as to form:**

By: *Approved via email on 3/4/2026*
Carter B. Harrison, IV
Daniel J. Gallegos
Elise C. Funke
HARRISON & HART, LLC
924 Park Avenue SW, Suite E Albuquerque, NM 87102
Tel: (505) 295-3261
Fax: (505) 341-9340
carter@harrisonhartlaw.com
daniel@harrisonhartlaw.com
elise@harrisonhartlaw.com

*Attorneys for the Plaintiff*

By: *Approved via email on 3/4/2026*
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Madison N. Schimek, AZ Bar No. 038627
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
jlee@strucklove.com
aorcutt@strucklove.com

Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
PO Box 6156
Albuquerque, NM 87197-6156
Tel.: (505) 844-7887
Fax: (505) 844-7123
dmoulton@kmwpc.com

*Attorneys for Defendant CoreCivic, Inc.*