IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TROY BENAVIDEZ, as personal representative
of the Estate of RICK BENAVIDEZ,

       Plaintiff,

v.                                No. 1:25-cv-1147 DHU/DLM

THE UNITED STATES OF AMERICA,
CORECIVIC INC., JOHN DOES 1–5,
MANAGEMENT & TRAINING
CORPORATION, JOHN DOES 6–10,

       Defendants.

### ORDER FINDING GOOD CAUSE TO DELAY
### ENTRY OF A SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' Joint Status Report. (Doc. 24.) Plaintiff asks the Court to move forward with a scheduling order, while Defendants would like to delay discovery until after the Court has ruled on the pending dispositive motions. (*See id.* at 1.) Plaintiff cites *De Baca v. United States*, in which the court declined to stay discovery because a stay "would impede the [p]laintiffs' ability to respond to the [motions to dismiss] . . . ." (*See id.* (quoting 403 F. Supp. 3d 1098, 1128 (D.N.M. 2019)).) Here, however, Plaintiff has responded to the dispositive motions. (*See* Docs. 22; 28; 29.) Having reviewed the responses, the Court notes that Plaintiff has not outlined any immediate need for discovery.

The Court thus finds good cause under Federal Rule of Civil Procedure 16 to delay holding a scheduling conference and entering a scheduling order. The Court will set the case for scheduling once the presiding judge resolves the pending motions. This order does not preclude Plaintiff from filing a motion for jurisdictional discovery if one becomes necessary in the future.

2

**IT IS SO ORDERED**.

_____

DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE